**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF COLORADO**

Civil Action No. 08-cv-0146-WYD

BIG O TIRES, LLC, a Nevada limited liability
company f/k/a/ BIG O TIRES, INC.
a Colorado corporation,

Plaintiff,

v.

JDV, LLC, an Arizona limited liability company
and VICTOR VASQUEZ and ELVIA VASQUEZ

Defendants.
_____

**ORDER**
_____

Plaintiff having submitted a Motion for Preliminary Injunction filed May 19, 2008,

and the Court having reviewed the file, it is

ORDERED that a hearing on the Motion for Preliminary Injunction is set for

**Friday, June 6, 2008 at 11:00 a.m.,** 901 19th St., Courtroom A1002, Denver, Colorado.

It is

FURTHER ORDERED that service of all pleadings in this case (including this

Order) shall be accomplished on the Defendants by **Tuesday, May 27, 2008**.

Defendants shall file a response to the Motion for Preliminary Injunction five days after

service.

Dated:  May 22, 2008

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge