**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WILEY Y. DANIEL**

| | |
|---|---|
| Courtroom Deputy: Robert R. Keech | Date: September 17, 2008 |
| E.C.R./Reporter: Kara Spitler | |

| | |
|---|---|
| Civil Action No: **08-cv-01046-WYD-KMT** | Counsel: |
| **BIG O TIRES, L.L.C.**, | Harold R. Bruno, III |
| Plaintiff, | |
| v. | |
| **JDV, L.L.C., et. al.**, | Pam Crowder-Archibald |
| Defendants. | |

**COURTROOM MINUTES**

**HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

**1:46 p.m.** Court in Session

APPEARANCES OF COUNSEL.

Court's opening remarks.

Plaintiff's Motion for Preliminary Injunction (#2 - 5/19/08) is raised for argument.

1:49 p.m. Plaintiff's witness **Kevin Anthony Kormondy** sworn.

Direct examination by Plaintiff (Mr. Bruno).
*EX ID:*     *2, 1*

**Exhibit/s 2, 1 RECEIVED.**

2:10 p.m. Cross examination by Defendants (Ms. Crowder-Archibald).
*EX ID:*     *2, 1*

-1-

| | |
|---|---|
| 2:15 p.m. | Plaintiff's witness **James Aldrich Bull** sworn. |
| | Direct examination by Plaintiff (Mr. Bruno). |
| | ***EX ID:        3, 4, 5, 6*** |

**Exhibit/s 3, 4, 5, 6 RECEIVED.**

| | |
|---|---|
| **2:55 p.m.** | Court in Recess |
| **3:41 p.m.** | Court in Session |
| | Plaintiff's witness **James Aldrich Bull** resumes. |
| | Cross examination by Defendants (Ms. Crowder-Archibald). |
| 3:50 p.m. | Re-Direct examination by Plaintiff (Mr. Bruno). |
| 3:53 p.m. | Plaintiff's witness **Victor Vasquez** sworn. |
| | Direct examination by Plaintiff (Mr. Bruno). |
| | ***EX ID:        3, Deposition of Victor Vasquez (8/27/08) for purposes of impeachment, 7*** |

**Exhibit/s 7 RECEIVED.**

| | |
|---|---|
| 4:17 p.m. | Cross examination by Defendants (Ms. Crowder-Archibald). |
| | ***EX ID:        7*** |
| 4:33 p.m. | Re-Direct examination by Plaintiff (Mr. Bruno). |
| | ***EX ID:        1*** |
| 4:40 p.m. | Re-Cross examination by Defendants (Ms. Crowder-Archibald). |
| 4:41 p.m. | Plaintiff rests |
| 4:41 p.m. | Defendants have no evidence. |
| | Court outlines areas to be addressed by counsel in argument. |
| 4:49 p.m. | Argument by Defendants (Ms. Crowder-Archibald). |

5:05 p.m.    Argument by Plaintiff (Mr. Bruno).

5:11 p.m.    Argument by Defendants (Ms. Crowder-Archibald).

5:12 p.m.    Argument by Plaintiff (Mr. Bruno).

Court makes findings.

**ORDERED:**    Plaintiff's Motion for Preliminary Injunction (#2 - 5/19/08) is **GRANTED as outlined by the Court.**

The Court will issue an Order Granting Preliminary Injunction.

**ORDERED:**    Plaintiff will not be required to post a bond.

**5:28 p.m.**    Court in Recess - HEARING CONCLUDED

**CLERK'S NOTE:**    **EXHIBITS WERE RETURNED TO COUNSEL AT THE CONCLUSION OF THE HEARING.**

**TOTAL TIME:   2:56**