IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  08-cv-01046-WYD-KMT

BIG O TIRES, LLC, a Nevada limited liability company, f/k/a BIG O TIRES, INC., a Colorado corporation,

    Plaintiff,

v.

JDV, LLC, an Arizona limited liability company;
VICTOR VASQUEZ; and
ELVIA VASQUEZ,

    Defendants.

---

**FINAL ORDER GRANTING PERMANENT INJUNCTION AND ENTERING MONETARY JUDGMENT UPON CONSENT AND ADMINISTRATIVE CLOSURE OF CASE**

---

THE COURT, being duly advised in the premises and upon motion of the parties, hereby **GRANTS** the motion, filed December 17, 2008 [#39], and **ORDERS**, adjudges and decrees the following:

    1.    Big O Tires, LLC f/k/a Big O Tires, Inc. ("Big O") and JDV, LLC ("JDV") entered into a franchise agreement in April of 2006.

    2.    Victor Vasquez and Elvia Vasquez guaranteed each and every covenant in the Agreement.  Victor and Elvia Vasquez and JDV may hereinafter be referred to as the Defendants.

    3.    Big O owns the following service and trademarks (collectively the "Marks"):

-1-

      a)      BIG O, Registration Number 994,466, registered October 1, 1974;

      b)      BIG O TIRES and design, Registration Number 1,611,160, registered August 28, 1990;

      c)      BIG O TIRES and design, Registration Number 2,834,058, registered April 20, 2004

      d)      BIG O TIRES and design, Registration Number 2,821,053, registered March 9, 2004;

      e)      WWW.BIGOTIRES.COM, Registration Number 2,514,975, registered December 4, 2001;

      f)      A REPUTATION YOU CAN RIDE ON, Registration Number 1,845,544, registered February 22, 1993; and

      g)      BIG FOOT 60, Registration Number 1,102,058, registered September 12, 1978.

4.      Big O also has a trade dress that consists of the overall layout of the franchised locations including decorative maroon, black and white stripes, a red and white interior and various point of purchase materials and displays (collectively the "Trade Dress") that its franchisees use.

5.      By virtue of the Agreement, Big O licensed JDV to, among other things, use the Marks and Trade Dress.

6.      On April 25, 2008, Big O terminated the franchise rights of JDV for uncured monetary defaults and accordingly JDV's license to use the Marks. Nevertheless, JDV continued to use the Marks and Trade Dress. Therefore,

Defendants are permanently enjoined as follows:

    a) Pursuant to 15 U.S.C. § 1116, Defendants and their officers, agents, servants, employees and attorneys, and those persons in active concert or participating with JDV who receive actual notice of this order by personal service or otherwise are preliminarily enjoined from engaging in the following acts in Arizona and the United States or in foreign commerce:

        i. Using the Marks and Trade Dress in the advertising or sale of tires and automotive services;

        ii. Using in any manner any service mark, trademark, trade name, trade dress, words, numbers, abbreviations, designs, colors, arrangements, collocations or any combination thereof which would imitate, resemble or suggest the Marks or Trade Dress;

        iii. Otherwise infringing the Marks or Trade Dress;

        iv. Unfairly competing with Big O, diluting the distinctiveness of Big O's well known Marks and Trade Dress and otherwise injuring Big O's business reputation in any manner;

        v. Publishing any telephone listings using the Marks and any other name containing words confusingly similar with the Marks.

    b. Pursuant to 15 U.S.C. § 1116 and applicable contractual provision in the Agreement, Defendants are required to assign Big O JDV's business telephone number; and

        c.       Pursuant to 15 U.S.C. § 1118, Defendants are directed to deliver to Big O all signs, advertising materials, forms, labels, prints, packages, wrappers, receptacles and all other materials in possession of or under the control of Defendants, that use the Marks or Trade Dress.

    7.    For a period of two years from December 15, 2008, Defendants and their officers, agents, servants, employees and attorneys, and those persons in active concert or participating with them who receive actual notice of this order by personal service or otherwise are preliminarily enjoined from directly or indirectly engaging in any business, which offers or sells tires, wheels, shock absorbers automotive services, or other products and services that compete with Big O within a 10 mile radius of 2510 North 75th Avenue, Phoenix, Arizona or within a ten mile radius of any other Big O store which was operational or under construction on the termination date (the "Covenant not to Compete").  Big O, however, is stayed from seeking to enforce this Covenant not to Compete so long as the Defendants make the monthly payment called for in paragraph 10 herein.

    8.    Defendants are required to return to Big O all manuals and proprietary materials of Big O and to provide Big O with any customer list of JDV.

    9.    Judgment shall enter against JDV, Victor Vasquez and Elvia Vasquez, jointly and severally, in the amount of $175,210.17 (the "Judgment").  With respect to the Judgment, $50,000 of such amount is entered for the violation of the covenant not to compete and $25,000 is entered as a result of the willful and malicious infringement of the Marks and Trade Dress.

10. No statutory interest shall accrue on the Judgment and Big O is stayed from executing on the Judgment until January 31, 2012, so long as the following events occur:

    a. Commencing in December of 2008, JDV, Victor Vazquez and Elvia Vasquez collectively pay Big O $500 by the last day of the month; and

    b. By January 31, 2012, the entire Judgment is paid.

11. If any of the monthly payments on the Judgment are not timely paid or if the Judgment is not paid in its entirety by January 31, 2012, Big O, upon motion to the Court, compliance with D.C.Colo.L.Civ.R. 7.1(A) and order of the Court, may execute on the Judgment. Statutory interest shall accrue on any unpaid amounts of the Judgment from the date the Court grants leave to Big O to execute on the Judgment.

12. All remaining matters at issue between Big O, JDV, Victor Vazquez and Elvia Vasquez are **DISMISSED WITH PREJUDICE** including each and every of the Defendants counterclaims. The parties shall pay their own costs and attorneys fees.

13. Upon entry of Judgment, pursuant to D.C.COLO.LR 41.1A, this case shall be administratively closed to be reopened for good cause shown, including for enforcement of any aspect of this Final Order Granting Permanent Injunction and Entering Monetary Judgment upon Consent.

DATED: December 22, 2008.

                      BY THE COURT:

                      s/ Wiley Y. Daniel
                      WILEY Y. DANIEL
                      CHIEF UNITED STATES DISTRICT JUDGE